UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                Petitioners,

           -v-

CAPRY GROUP, INC.,

                Respondent.
------------------------------------------------------------------X

25-CV-00134 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On January 7, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **February 11, 2025**. Respondent's opposition, if any, is due on **March 4, 2025**. Petitioners' reply, if any, is due **March 11, 2025**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **February 11, 2025**, and shall file an affidavit of such service with the court no later than **February 12, 2025**.

SO ORDERED.

Dated: January 21, 2025
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge