**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, et al.,

                Petitioners,

    -against-                                     25 **CIVIL** 134 (JAV)

                                                      **JUDGMENT**

CAPRY GROUP, INC.,

                Respondent.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 2, 2025, the Petition is GRANTED and the September 20, 2024 arbitration award is CONFIRMED. Judgment is entered in favor of Petitioners and against Respondent as follows: 1.Confirming the Award in all respects; 2.Awarding Petitioners $16,342.81 pursuant to the Award; 3. Awarding Petitioners post-award, prejudgment interest in the amount of $1,023.39; 3. Awarding Petitioners $1,798 in attorneys' fees and $146.75 in costs arising out of this proceeding; and  4. Awarding Petitioners post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated:**  New York, New York
       May 2, 2025

                                                           **TAMMI M HELLWIG**
                                                              **Clerk of Court**

                                  **BY:**               *K. Mango*

                                                               **Deputy Clerk**